ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                          )
                                                     )
The Mission Essential Group, LLC                     )   ASBCA No. 62719
                                                     )
Under Contract Nos. W52P1J-10-D-0107                 )
                    W560MY-15-C-0003                  )

APPEARANCE FOR THE APPELLANT:          Craig A. Holman, Esq.
                                         Arnold & Porter Kaye Scholer LLP
                                         Washington, DC

APPEARANCES FOR THE GOVERNMENT:        Scott N. Flesch, Esq.
                                         Army Chief Trial Attorney
                                         MAJ Michael R. Tregle, Jr., JA
                                         Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: May 4, 2023

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62719, Appeal of The Mission Essential Group, LLC, rendered in conformance with the Board's Charter.

Dated: May 4, 2023

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals